UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACINTO TARON ROBINSON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI-MENDOTA,<br><br>　　　　Respondent. | Case No.: 1:25-cv-01189-JLT-SKO (HC)<br><br>ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 9]<br><br>[DEADLINE: JANUARY 20, 2026] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 15, 2025, Respondent filed a first request for extension of time to file a response to the amended petition. (Doc. 9.)

　　　　Good cause having been presented and good cause appearing therefor, Respondent is GRANTED an extension of time to and including January 20, 2026, to file a response.

IT IS SO ORDERED.

Dated:　**December 17, 2025**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE