**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACINTO TARON ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI-MENDOTA,<br><br>Respondent. | No.  1:25-cv-01189 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 14)<br><br>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Jacinto Taron Robinson is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On March 26, 2026, the assigned Magistrate Judge issued Findings and Recommendations to deny the petition.  (Doc. 14.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days.  (Doc. 14.)  Over 21 days have passed, and no party has filed objections.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1.       The Findings and Recommendations issued on March 26, 2026, (Doc. 14), are

**ADOPTED** in full.

1

2.      The petition for writ of habeas corpus is **DENIED**.

3.      The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:    **April 24, 2026**

UNITED STATES DISTRICT JUDGE